■ In the Matter of Two TREES FARM, INC., et al., Appellants, v MARIETTA SEAMAN et al., Respondents. [814 NYS2d 541]—In a proceeding pursuant to CPLR article 78 to compel Marietta Seaman, as the Town Clerk of the Town of Southampton, to issue a certificate evincing approval of a preliminary subdivision plat pursuant to Town Law § 276 (8), the petitioners appeal from a judgment of the Supreme Court, Suffolk County (Loughlin, J.), entered November 17, 2004, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

Under the circumstances, the petitioners were not entitled to a certificate evincing approval of a preliminary subdivision plat pursuant to Town Law § 276 (8) (*see* Town Law § 276 [5] [d] [i], [ii], [iii] [2]). Miller, J.P., Rivera, Skelos and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE BRANAS, Appellant. [816 NYS2d 398]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Ohlig, J.), imposed December 16, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Adams, J.P., Krausman, Spolzino and Dillon, JJ., concur.